UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SHAWN BRIDGES,
          Petitioner,

v.                                                   Case No. 18-C-1247

QUALA CHAMPAGNE, Warden,
Kenosha Correctional Center,
          Respondent.

---

## ORDER

Shawn Bridges has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Along with his petition, he filed a motion for leave to proceed in forma pauperis under 28 U.S.C. § 1915, claiming that he cannot afford to pay the filing fee. However, the filing fee for habeas petitions is only $5.00. Moreover, in his affidavit of indigency, the petitioner states that he has $9,000 in his inmate prison account. (ECF No. 3 at ¶ 5.) This may be a mistake, but in any event the petitioner has not shown that he cannot afford to prepay the $5.00 filing fee. Therefore, his motion for leave to proceed in forma pauperis will be denied. The petitioner shall pay the $5.00 filing fee to the clerk of this court on or before August 31, 2018. Failure to pay the fee may result in dismissal of this action.

I also note that the petitioner has filed a motion for an enlargement of time. However, at the present time, there are no deadlines that could be enlarged. Therefore, this motion will be denied. If the petitioner requires an extension of time in the future, he may ask for it then.

For the reasons stated, **IT IS ORDERED** that the petitioner's motion for leave to proceed in forma pauperis is **DENIED**. The petitioner shall pay the $5.00 filing fee on or before **August 31, 2018**. Failure to pay the fee may result in dismissal of this action.

**IT IS FURTHER ORDERED** that the petitioner's motion for an enlargement of time is **DENIED**.

Dated at Milwaukee, Wisconsin, this 15th day of August, 2018.

s/ Lynn Adelman
LYNN ADELMAN
District Judge